[No. 33582-1-I.   Division One.   November 6, 1995.]

THE STATE OF WASHINGTON, *Appellant*, v. ERIC STEVEN RAY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-07238-2, Bobbe Bridge, J., entered October 20, 1993. *Reversed* by unpublished opinion per Ellington, J., concurred in by Webster and Cox, JJ.


[No. 33763-7-I.   Division One.   November 6, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. FLORENTINO R. CABUCO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-03201-0, Faith Enyeart Ireland, J., entered December 9, 1993. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Agid, JJ.


[No. 33970-2-I.   Division One.   November 6, 1995.]

RONALD KNUEBEL, ET AL., *Appellants*, v. KATHERINE DESIMONE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-05106-4, William L. Downing, J., entered April 6, 1993. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid and Cox, JJ.


[No. 34144-8-I.   Division One.   November 6, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE GEHRETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-07198-8, Robert H. Alsdorf, J., entered January 25, 1994. *Reversed* by unpublished opinion per Ellington, J., concurred in by Webster and Becker, JJ.